UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff(s),                      Case No. 10-30207

v.                                       Judge Sean F. Cox

Tatsiana Leichanka              Magistrate Judge

      Defendant(s).
_____/

## NOTICE OF APPEAL

Notice is hereby given that __Tatsiana Leichanka__ appeals to the United States Court of Appeals for the Sixth Circuit from the: ☐ Judgment  ☐ Order

☑ Other: __Sentencing and Judgment__

entered in this action on __November 15, 2011__.

Date: November 17, 2011

Counsel is: FDO

s/Rhoda Brazile

Federal Defender Office
613 Abbott
Fifth Floor
Detroit, MI 48226
(313) 967-5850
rhonda_brazile@fd.org

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $455.00 check payable to: Clerk, U.S. District Court.